IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITE 4 FREEDOM, INC.,<br>*formerly known as United Sovereign*<br>*Americans, Inc.*,<br>        *Plaintiff,*<br><br>        v.<br><br>VAN DER VEEN, HARTSHORN, LEVIN &<br>LINDHEIM LLP, *et al.*<br>        *Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 26-1616 |

**ORDER**

**AND NOW**, this **29th** day of **May 2026**, upon consideration of Defendants' Motion to Dismiss (ECF No. 16), Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 18), Defendants' Reply Brief in Support of their Motion to Dismiss (ECF No. 19), and the docket, it is hereby **ORDERED** as follows:

1.  Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

2.  Defendants' motion to strike Plaintiff's demand for attorneys' fees is **DENIED** for the reasons stated in the accompanying memorandum opinion.

3.  Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** against all Defendants.

4.  The Clerk of Court is **DIRECTED** to **TERMINATE** all Defendants from the docket.

5.  Plaintiff is **GRANTED** leave to amend Counts I, II, and III.  Plaintiff may file an amended complaint within **twenty-one (21) days** of the date of this Order.  After twenty-one days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**