**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITE 4 FREEDOM, INC.,** *formerly known as United Sovereign Americans, Inc.*, <br> **Plaintiff,** | : <br> : <br> : <br> : <br> : | |
| **v.** | : <br> : | **CIVIL NO. 26-1616** |
| **VAN DER VEEN, HARTSHORN, LEVIN & LINDHEIM LLP,** *et al.* <br> **Defendants.** | : <br> : <br> : | |

## ORDER

**AND NOW**, this **15th** day of **July 2026**, upon consideration of Defendants' Motion to Dismiss First Amended Complaint (the "Motion") (ECF No. 23), Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 24), Defendants' Reply Brief in Support of their Motion to Dismiss First Amended Complaint (ECF No. 25), Plaintiff's Sur-Reply (ECF No. 28), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 23) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

2. Plaintiff's Amended Complaint (ECF No. 22) is **DISMISSED WITH PREJUDICE** against all Defendants.

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

---

**CHAD F. KENNEY, JUDGE**