## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-3003

Unite 4 Freedom Inc v. Van Der Veen Hartshorn Levin & Leindheim LLP, et al

(U.S. District Court No.: 2:26-cv-01616)

## ORDER

Pursuant to Fed. R. App. P. 3(a)(2) and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file case opening documents. It is

FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 26, 2026
cc: Gaetan J. Alfano, Esq.
Scott A. Coffina, Esq.
Jesse A. Marra, Esq.
Renee E. Mazer, Esq.
Mr. George V. Wylesol, Clerk

COURT OF APPEALS FOR THE THIRD CIRCUIT · SEAL OF THE UNITED STATES

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate